rari denied. *Ralph E. Svoboda* for petitioners. *Charles S. Rhyne* filed a brief for the National Institute of Municipal Law Officers, as *amicus curiae,* supporting the petition. *M. James Spitzer* filed a brief for Best & Co., Inc., as *amicus curiae,* opposing the petition.

No. 519. BIRCH SECURITIES Co. *v.* CALIFORNIA. District Court of Appeal, 3d Appellate District, of California. Certiorari denied. *R. S. McLaughlin* for petitioner. *Fred N. Howser,* Attorney General of California, and *James E. Sabine,* Deputy Attorney General, for respondent.

No. 534. J. D. RICHARDSON Co. *v.* UNITED STATES. United States Court of Customs & Patent Appeals. Certiorari denied. *Eugene R. Pickrell* and *Albert H. Bosch* for petitioner. *Solicitor General Perlman, Assistant Attorney General Edelstein* and *John R. Benney* for the United States.

No. 536. LEVINE, EXECUTOR, *v.* UNITED STATES. Court of Claims. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Morton Hollander* for the United States.

No. 538. FRIEDMAN *v.* DELANEY, COLLECTOR OF INTERNAL REVENUE. C. A. 1st Cir. Certiorari denied. *Lee M. Friedman* and *Louis B. King* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Lee A. Jackson* for respondent.